IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| AUDREY KALAI, | ) | CV 06-00433 JMS LEK |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING REPORT OF |
| vs. | ) | SPECIAL MASTER |
| | ) | |
| STATE OF HAWAII, | ) | |
| DEPARTMENT OF HUMAN | ) | |
| SERVICES' HAWAII PUBLIC | ) | |
| HOUSING AUTHORITY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **ORDER ADOPTING REPORT OF SPECIAL MASTER**

A Report of Special Master having been filed and served on all parties on July 23, 2009 and no objections having been filed by any party,

///

///

///

///

///

///

///

///

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 13, 2009.



 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Kalai v. Hawaii et al.*, Civ. No. 06-00433 JMS/LEK, Order Adopting Report of Special Master